ACCEPTED
03-15-00454-CR
6843492
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 11:48:01 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00454-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 11:48:01 AM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **ROY LEE NOBLES** | § |
| | § |
| **v.** | § |
| | § |
| **STATE OF TEXAS** | § |

## APPELLANT'S MOTION TO DISMISS APPEAL

**Justin Bradford Smith**
**Texas Bar No. 24072348**
**Harrell, Stoebner, & Russell, P.C.**
**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone: (254) 771-1855**
**FAX: (254) 771-2082**
**Email: justin@templelawoffice.com**

**ATTORNEY FOR APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant, ROY LEE NOBLES, who files this Motion to Dismiss Appeal, and shows unto the Court as follows:

## I.

1. "The decision to appeal belongs to the client." *Ex parte Axel*, 757 S.W.2d 369, 374 (Tex. Crim. App. 1988).

2. Having considered pros and cons of pursuing his appeal, Appellant voluntarily and intelligently wishes to forego his appeal, and asks this Court to dismiss his appeal.

3. This motion is signed by both Appellant and his appellate counsel, pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure.

## II.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellant asks this Court to dismiss his appeal.

Respectfully submitted:

_____
ROY LEE NOBLES

_____
Justin Bradford Smith
Texas Bar No. 24072348

Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email: justin@templelawoffice.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that, on September 9 , 2015, a true and correct copy of the Appellant's Motion to Dismiss Appeal was provided to counsel via the method indicated below:

Llano County District Attorney
c/o Gary W. Bunyard
P.O. Box 725
Llano, Texas 78643
Fax: 325-247-5274
Email: g.bunyard@co.llano.tx.us
**VIA ESERVICE**
 *Attorneys for State of Texas*

Justin Bradford Smith